UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-61695-BB

CODY BECKER,

    Plaintiff,

v.

BROADLEAF MARKETING & SEO, LLC,

    Defendant.

_____/

**FINAL ORDER OF DISMISSAL**

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice. *See* ECF No. [6]. It is **ORDERED AND ADJUDGED** that the above-styled case is **DISMISSED WITH PREJUDICE**. Any pending deadlines are **TERMINATED**. The Clerk is directed to **CLOSE** this matter.

**DONE AND ORDERED** in Miami, Florida this 16th day of August, 2018.

**BETH BLOOM**
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record